# Court of Appeals
# of the State of Georgia

ATLANTA, December 04, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0454.  WENDELL S. HENRY v. THE STATE.**

Wendell S. Henry, who has been charged with multiple counts of the unauthorized practice of law, filed a "Plea in Bar, Special Demurrer, and Motion to Dismiss Amended Accusation." Henry argued that certain counts of the accusation were barred by the statute of limitation and that the accusation was not perfect in form. The trial court granted the motion in part, finding that certain counts of the accusation were barred by the statute of limitation.  The trial court otherwise denied the motion, and Henry filed this appeal.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). The Supreme Court has created limited exceptions to this rule. See *Hubbard v. State*, 254 Ga. 694 (333 SE2d 827) (1985) (statutory speedy trial claim); *Patterson v. State*, 248 Ga. 875 (287 SE2d 7) (1982) (double jeopardy). But the Supreme Court has declined to extend these limited exceptions.  See *Crane v. State*, 281 Ga. 635, 636 (641 SE2d 795) (2007) (defendant may not directly appeal the denial of a motion to dismiss under OCGA § 16-3-24.2).  Here, Henry did not base his plea in bar on either a statutory speedy trial claim or a claim of double jeopardy.  Accordingly, he was required to comply with the interlocutory appeal procedure to obtain appellate review. See *Ivey v. State*, 210 Ga. App. 782 (437 SE2d 810) (1993) (appeal of order overruling special demurrer required compliance with interlocutory appeal

procedure). Because Henry failed to comply with the requisite interlocutory procedures, this premature appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 12/04/2013
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*